ERVIN B. ROWE, RESPONDENT, v. DANIEL BERRY AND ANOTHER, APPELLANTS.

Order appealed from affirmed, with ten dollars costs and disbursements.

EMILY H. BENEDICT, APPELLANT, v. MARIA WHIFFEN, RESPONDENT.

Order affirmed, with ten dollars costs and disbursements, to be paid to the defendant's attorneys.

MARY ANN BRITTON, APPELLANT, v. CHARLES W. HUNTINGTON, RESPONDENT.

Order appealed from affirmed, with ten dollars costs and disbursements.

CHARLES S. HALL, APPELLANT, v. B. BRADLEY, KEELER, AND ANOTHER, EXECUTORS, ETC.

Motion for re-argument denied, with ten dollars costs.

THE PEOPLE ex rel. HIRAM YALE, RESPONDENT, v. SOMERS ECKLER, TRUSTEE, ETC., APPELLANT.

Motion denied, with ten dollars costs.

FREDERICK BRONSON v. ARAD THOMAS AND ANOTHER, AS EXECUTORS, APPELLANTS, IMPLEADED WITH WILLIAM B. DYE AND ANOTHER, RESPONDENTS, AND OTHERS.

So much of the order as is appealed from reversed, and the proceedings remitted to the County Court of Orleans County, with directions to award to the appellants, out of the surplus moneys, the further sum of $139.24, with interest from 8th of October, 1878, and in case it shall have been paid to the respondents, to order restitution thereof. The respondents to pay to the appellants ten dollars costs and disbursements.

THOMAS HALLETT, APPELLANT, v. ALBERT I. CARTER. RESPONDENT.

Motion for re-argument denied, with ten dollars costs.